UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE BALLONOFF,<br><br>Plaintiff,<br><br>v.<br><br>BRIUS HEALTH, et al.,<br><br>Defendants. | Case No.  26-cv-01660-LJC<br><br>**ORDER TO SHOW CAUSE WHY APPLICATION TO PROCEED IN FORMA PAUPERIS SHOULD NOT BE DENIED**<br><br>Re: Dkt. No. 2 |

Plaintiff Selene Ballonoff, pro se, applies to proceed in forma pauperis.  ECF No. 2. Several of her responses in her form application are incomplete or missing, as follows:

**Question 1:**  Ballonoff indicates that she is not presently employed, but failed to "state the date of last employment and the amount of the gross and net salary and wages per month which [she] received."

**Question 2:**  Ballonoff failed to respond either "yes" or "no" to subparts (b) through (e), indicating whether she has received money from various sources.  Ballonoff's narrative response for the one subpart that she answered indicates that she received self-employment income in January 2026, but is not entirely clear whether that is the *only* self-employment income that she received in the past twelve months.

**Question 7:**  Ballonoff indicates that she has a bank account, but fails to identify the bank(s) where she has account(s), and responds simply "?" to the question asking for the balance(s) of her account(s).  The purpose of this question is to determine whether Ballonoff has sufficient resources to pay the filing fee.  Ballonoff must identify any banks where she holds account, and must disclose any account balances.

**Question 8:**  Ballonoff failed to respond to any portion of this question, which calls for her

monthly expenses.  If Ballonoff has no monthly expenses at all, she must provide a statement explaining how she meets basic needs.

**Question 9:**  Ballonoff did not answer this question regarding her debts.

**Question 10:**  Ballonoff did not answer this question regarding other cases where her claims have been presented.

The Court is unable to determine from the current incomplete application whether Ballonoff is eligible to proceed in forma pauperis, and therefore ORDERS Ballonoff to show cause why her application should not be denied.  Ballonoff must file a complete application no later than May 19, 2026.  She may attach additional pages to the form application if needed to explain any of her answers.

The Court notes that Ballonoff has previously been ordered to correct similar deficiencies in three other cases.  *See Ballonoff v. Prof. Post Acute Ctr. (PPAC)*, No. 24-cv-04242-TLT, ECF No. 6 (N.D. Cal. Aug. 12, 2024); *Ballonoff v. Callejo*, No. 19-cv-02281-SI, ECF No. 7 (N.D. Cal. June 26, 2019); *Ballonoff v. Lucas*, No. 19-cv-01337-JST, ECF No. 8 (N.D. Cal. June 4, 2019).  In all of those cases, Ballonoff's applications to proceed in forma pauperis were ultimately denied.  If Ballonoff does not respond by the deadline stated above, or if her response does not cure the deficiencies identified above and demonstrate that she is unable to pay the filing fee, her application will be denied in this case as well.

**IT IS SO ORDERED.**

Dated: April 29, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2